UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LYNN LOPEZ,<br><br>　　Plaintiff,<br><br>　v.<br><br>H. SMITH,<br><br>　　Defendant. | Case No. 1:23-cv-01618-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS<br><br>(ECF NO. 1)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS<br><br>AND<br><br>ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE |

　　　Plaintiff Jessica Lynn Lopez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on November 16, 2023. (ECF No. 1). Plaintiff brought two claims against a single defendant, correctional officer H. Smith, for violations of the First and Eighth Amendments. (*See generally* ECF No. 1)

　　　The Court screened Plaintiff's complaint and issued Findings and Recommendations on March 22, 2024. (ECF No. 9). The Court found that only Plaintiff's First Amendment retaliation claim against correctional officer H. Smith should proceed past screening. (*Id.* at 8). The Court gave Plaintiff 30 days to either:

　　　　　a. File a First Amended Complaint, which the Court will screen in
　　　　　　due course;

1

> b. Notify the Court in writing that she does not wish to file an amended complaint and is instead willing to proceed against Defendant H. Smith on a claim for retaliation in violation of the First Amendment; or
>
> c. Notify the Court in writing that she wishes to stand on her complaint, in which case the Court will issue findings and recommendations to a district judge consistent with this order.

(*Id.* at 10). On April 4, 2024, Plaintiff filed notice that she wants to proceed against Defendant H. Smith only on the Frist Amendment retaliation claim that the Court found should proceed past screening. (ECF No. 10).

Accordingly, for the reasons set forth in the Court's screening order that was entered on March 22, 2024 (ECF No. 9), and because Plaintiff has notified the Court that she wants to proceed only on the claim that the Court found should proceed past screening (ECF No. 10), it is **RECOMMENDED** that Plaintiff's second claim for Eighth Amendment violation be dismissed, and this case proceed on Plaintiff's First Amendment retaliation claim against correctional officer H. Smith.

These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **April 5, 2024**           /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE