UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LYNN LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>H. SMITH,<br><br>　　　　　Defendant. | No.  1:23-cv-01618-JLT-EPG (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

　　　　On November 7, 2024, a settlement conference was held and the parties reached a settlement agreement.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　All pending deadlines are VACATED; and

　　　　2.　　The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:　**November 7, 2024**　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1