UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LYNN LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>H. SMITH,<br><br>    Defendant. | Case No. 1:23-cv-01618-JLT-EPG (PC)<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 29) |

    On November 14, 2024, the parties filed a joint stipulation, dismissing this action without prejudice, and with each party to bear their own attorney fees and costs. (ECF No. 29). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

    Accordingly, the Clerk of Court is directed to close this case. All pending motions and deadlines are terminated.

IT IS SO ORDERED.

    Dated:  **November 18, 2024**      /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE